**FILED**
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>Denise CARRILLO (1)<br><br>Anthony MC FARLAND (2)<br><br>        Defendants. | Magistrate Case No.: **'08 MJ 8084**<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about January 27, 2008, within the Southern District of California, defendants Denise CARRILLO and Anthony MC FARLAND did knowingly and intentionally import approximately 36.22 kilograms (79.68 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29TH, DAY OF JANUARY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

   v.

Denise CARRILLO (1)

Anthony MC FARLAND (2)

## STATEMENT OF FACTS

  This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Mathew Kelley.

  On January 27, 2008 at approximately 2238 hours, Denise CARRILLO and Anthony MC FARLAND entered the United States at the Calexico, California, West Port of Entry. CARRILLO was the driver and MC FARLAND was the passenger of a 1995 Honda Civic with no plates. Both CARRILLO and MC FARLAND gave a negative Customs declaration. CARRILLO stated that she was returning to her residence in Calexico, CA. CARRILLO presented her California Identification card and MC FARLAND presented a copy of his United States birth certificate to Customs and Border Protection Officer (CBPO) Bejarano. CBPO Bejarano noticed that CARRILLO appeared to be nervous due to a very shaky hand as she handed him her California identification card. CBPO Bejarano then referred the vehicle to the vehicle secondary for further inspection due to a computer-generated referral.

  CBP Canine Enforcement Officer (CEO) Ragsdale, and his canine Rita, conduct a sweep of the vehicle. As CEO Ragsdale and Rita approached the vehicle, CEO Ragsdale noticed that MC FARLAND was mumbling and moving his legs back and forth nervously. The canine alerted to the rear seat of the vehicle. CEO Ragsdale notified CBP Supervisor De Los Cobos of the alert.

  In the vehicle secondary lobby, CBPO Von Loesch took negative Customs declarations. CARRILLO informed CBPO Von Loesch that the vehicle was hers and that she owned it for approximately one month. CARRILLO also stated that they were in Mexicali to go shopping. As CBPO Von Loesch spoke with the subjects he noticed

that CARRILLO was avoiding eye contact with him and MC FARLANDS' legs were trembling.

A subsequent inspection of the vehicle by CBPO Von Loesch revealed thirty-nine (39) packages concealed within the quarter panels, rear seat and gas tank of the vehicle. CBPO Von Loesch probed one of the packages, and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 39 packages had a combined net weight of approximately 36.22 kilograms (79.68 pounds).

A pat down search of CARRILLO by CBPO Ayala resulted in the discovery of a small bindle of a white powdery substance that tested positive for the presence of methamphetamine.

CARRILLO and MC FARLAND were placed under arrest and advised of their Constitutional Rights.

MC FARLAND waived his rights and originally stated that he drove a green Honda Civic to Mexicali and met with CARRILLO at La Canchanilla. CARRILLO then followed MC FARLAND to a parking structure named Tecolote, where he left the green Honda Civic due to mechanical problems. MC FARLAND then received a ride from CARRILLO to the West Port of Entry where they were arrested in CARRILLO'S grey Honda Civic. MC FARLAND denied knowledge of the narcotics.

Agent's spoke with MC FARLAND'S mother, Martha Cueva. Cueva stated that both MC FARLAND and CARRILLO left her residence in the green Honda Civic to pick up the grey Honda Civic in Mexicali. Cueva stated that she had not seen the grey Honda Civic for approximately one week and was told that the grey Honda Civic was receiving mechanical work in Mexicali.

Agents again spoke to MC FARLAND. MC FARLAND stated that the grey Civic was in Mexicali getting fixed and lied because he did not know what was going on. MC FARLAND continued to deny knowledge of the narcotics and continually requested to speak with CARRILLO.